IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| LINDA SUE McINTYRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05 C 50071 |
| ) | |
| JOHN KARR IRVINE and THE VANGUARD ) | |
| GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

**AGREED MOTION TO VOLUNTARILY DISMISS
THE VANGUARD GROUP, INC. WITHOUT PREJUDICE**

Now comes Plaintiff, Linda Sue McIntyre ("Ms. McIntyre"), by and through her attorneys, Liebovich & Weber, P.C. and Defendant, The Vanguard Group, Inc. ("Vanguard"), by and through its attorneys, Foley & Lardner LLP, and pursuant to this Court's Standing Order for Procedure in Certain Uncontested Motions (the "Standing Order") respectfully presents this Agreed Motion to Voluntarily Dismiss Vanguard Without Prejudice, and states as follows:

1.  On or about April 18, 2005, Ms. McIntyre filed her Complaint naming Vanguard as a defendant. The Complaint seeks injunctive relief against Vanguard, requesting that a Vanguard mutual fund account registered in the names of Ms. McIntyre, her brother, defendant John Karr Irvine, and Ms. McIntyire's and Mr. Irvine's deceased mother, Pearl I. Irvine as joint tenants (the "Account"), be frozen and retained by Vanguard until a contractual dispute between Ms. McIntyre and Mr. Irvine regarding rights to the account is resolved by the Court.

2.  On or about April 21, 2005, Plaintiff filed her First Amended Complaint.

3.  In addition to filing her Complaint, Ms. McIntyre has also contacted representatives of Vanguard, by telephone and in writing, requesting that the Account be frozen

pending the outcome of this lawsuit. In response to these requests, Vanguard has placed a freeze on all activity in the Account until Vanguard receives written instructions to the contrary by all individuals holding an interest in the account (that is, Ms. McIntyre and Mr. Irvine) or an order of a court of competent jurisdiction. As such, Vanguard has provided to Ms. McIntyre the relief she seeks in her prayer for relief against Vanguard.

4. Ms. McIntyre and Vanguard have agreed, therefore, that Vanguard may be dismissed from this matter without prejudice.

5. Accordingly, pursuant to the Court's Standing Order, Ms. McIntyre and Vanguard request that this Court enter an Order dismissing Vanguard without prejudice.

6. An Agreed Order is attached hereto as Appendix 1 for the Court's review and, if acceptable, entry.

June 8, 2005

Respectfully submitted,

THE VANGUARD GROUP, INC.

By: _____
One of its Attorneys

Counsel for The Vanguard Group, Inc.
John R. Landis (#6237506)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610
(312) 832-4500

2

011.1270604.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| LINDA SUE McINTYRE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOHN KARR IRVINE and THE VANGUARD )<br>GROUP, INC., )<br>)<br>Defendants. ) | Case No. 05 C 50071 |

**AGREED ORDER TO VOLUNTARILY DISMISS**
**THE VANGUARD GROUP, INC. WITHOUT PREJUDICE**

This Cause having come before the Court on the Agreed Motion of Plaintiff Linda Sue McIntyre and Defendant The Vanguard Group, Inc. ("Vanguard") to voluntarily dismiss Vanguard from this matter without prejudice, the Court being fully advised in the premises, IT IS ORDERED:

1. The Agreed Motion is granted;

2. Vanguard is voluntarily dismissed without prejudice from this matter.

**E N T E R :**

_____
Philip G. Reinhard, Judge
United States District Court

DATED: _____

011.1270601.1

Counsel for The Vanguard Group, Inc.
John R. Landis (#6237506)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610
(312) 832-4500

## CERTIFICATE OF SERVICE

TO: Theodore Liebovich
Liebovich & Weber, P.C.
415 South Mulford Road
P.O. Box 6066
Rockford, IL 61125

I, John R. Landis, state that on June 8, 2005, I caused the following to be served upon the party of record whose name and address is shown above, by causing said documents to be sent via Federal Express before the hour of 5:00 p.m.:

- Notice of Motion

- Agreed Motion to Voluntarily Dismiss The Vanguard Group, Inc. Without Prejudice

- Agreed Order to Voluntarily Dismiss The Vanguard Group, Inc. Without Prejudice

_____
John R. Landis

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| LINDA SUE McINTYRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05 C 50071 |
| ) | |
| JOHN KARR IRVINE and THE VANGUARD ) | |
| GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO: Theodore Liebovich, Esq.
Liebovich & Weber, P.C.
415 South Mulford Road
P.O. Box 6066
Rockford, IL 61125

PLEASE TAKE NOTICE that on the 8th day of June, 2005, the undersigned caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, Room 211, Federal Building, 211 South Court Street, Rockford, Illinois, the attached **AGREED MOTION TO VOLUNTARILY DISMISS THE VANGUARD GROUP, INC. WITHOUT PREJUDICE**, a copy of which is attached hereto and herewith served upon you.

June 8, 2005

Respectfully submitted,

THE VANGUARD GROUP, INC.

By: _____
One of its Attorneys

011.1264879.1

Counsel for The Vanguard Group, Inc.
John R. Landis (#6237506)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610
(312) 832-4500