IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION



FILED
JUN 1 0 2005
Magistrate Judge P. Michael Mahoney
U.S. DISTRICT COURT

| | |
|---|---|
| LINDA SUE McINTYRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05 C 50071 |
| ) | |
| JOHN KARR IRVINE and THE VANGUARD ) | |
| GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER TO VOLUNTARILY DISMISS
## THE VANGUARD GROUP, INC. WITHOUT PREJUDICE

This Cause having come before the Court on the Agreed Motion of Plaintiff Linda Sue McIntyre and Defendant The Vanguard Group, Inc. ("Vanguard") to voluntarily dismiss Vanguard from this matter without prejudice, the Court being fully advised in the premises, IT IS ORDERED:

1. The Agreed Motion is granted;

2. Vanguard is voluntarily dismissed without prejudice from this matter.

ENTER:

P. Michael Mahoney, Magistrate Judge
United States District Court

DATED: 6/10/05

011.1270601.1

Counsel for The Vanguard Group, Inc.
John R. Landis (#6237506)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610
(312) 832-4500