**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

**FILED**

JUL 1 5 2005

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| LINDA SUE McINTYRE, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 05 C 50071 |
| vs. | ) | |
| | ) | |
| JOHN KARR IRVINE and the VANGUARD GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

The Plaintiff, LINDA SUE McINTYRE respectfully requests that the above captioned cause be dismissed with prejudice as to all issues as against the Defendant, JOHN KARR IRVINE and the VANGUARD GROUP, INC., all matters in controversy having been fully compromised and settled.

LINDA SUE McINTYRE, Plaintiff

By: _____
THEODORE LIEBOVICH, Her Attorney

Prepared By:
Theodore Liebovich (#67)
LIEBOVICH & WEBER, P.C.
415 South Mulford Rd.
P.O. Box 6066
Rockford, IL 61125-1066
(815) 226-8912